IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SYBIL POTTS and WILLIAM BROWN, | § § § | No. 392, 2024 |
| Plaintiffs Below, Appellants, | § § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § § | C.A. No. 2023-0557 |
| SYFS INTERMEDIATE HOLDINGS, LLC, JOHN F. RIPLEY, JOHN STUPAK, CHRISTOPHER ROUSSOS, CHARLES FARKAS, MELISSA FRANCIS, JASON FRIEDRICHS, CASEY LYNCH, JEROME RHODES, and ALTAMONT CAPITAL PARTNERS, | § § § § § § § § § § § § | |
| Defendants Below, Appellees. | § § | |

Submitted: March 26, 2025
Decided: April 9, 2025

Before **SEITZ**, Chief Justice; **TRAYNOR**, and **GRIFFITHS**, Justices.

## **ORDER**

The Court, having carefully considered the parties' briefs and the record below, finds it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Order dated August 21, 2024.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justic